Woodstock Landscaping & Excavating, LLC, 21-35565 (CGM)
Plan Projections

| Item | Year One | Year Two | Year Three | Year Four | Year Five |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
|   Landscaping | $ 606,000 | $ 636,300 | $ 668,115 | $ 701,521 | $ 736,597 |
|   Excavating | $ 840,000 | $ 882,000 | $ 926,100 | $ 972,405 | $ 1,021,025 |
|   Hauling | $ 630,000 | $ 661,500 | $ 694,575 | $ 729,304 | $ 765,769 |
|   Nursery Sales | $ 400,000 | $ 420,000 | $ 441,000 | $ 463,050 | $ 486,203 |
|   Snow Plowing | $ 125,000 | $ 131,250 | $ 137,813 | $ 144,704 | $ 151,939 |
| **Total Revenue** | **$ 2,601,000** | **$ 2,731,050** | **$ 2,867,603** | **$ 3,010,984** | **$ 3,161,533** |
| | | | | | |
| **COGS** | $ (55,000) | $ (57,750) | $ (60,638) | $ (63,670) | $ (66,854) |
| | | | | | |
| **Gross profit** | **$ 2,546,000** | **$ 2,673,300** | **$ 2,806,965** | **$ 2,947,314** | **$ 3,094,679** |
| | | | | | |
| **Operating Exp.** | | | | | |
|   Auto/Truck | $ 30,000 | $ 31,500 | $ 33,075 | $ 34,729 | $ 36,465 |
|   Bank Charges | $ 2,500 | $ 2,625 | $ 2,756 | $ 2,894 | $ 3,039 |
|   Insurance | $ 245,000 | $ 257,250 | $ 270,113 | $ 283,619 | $ 297,800 |
|   Equip. Rental | $ 71,500 | $ 75,075 | $ 78,829 | $ 82,770 | $ 86,909 |
|   Fuel | $ 182,000 | $ 191,100 | $ 200,655 | $ 210,688 | $ 221,222 |
|   Permit/License | $ 2,800 | $ 2,940 | $ 3,087 | $ 3,241 | $ 3,403 |
|   Payroll Expense | $ 1,238,000 | $ 1,299,900 | $ 1,364,895 | $ 1,433,140 | $ 1,504,797 |
|   Maint. & Repair | $ 120,000 | $ 126,000 | $ 132,300 | $ 138,915 | $ 145,861 |
|   Utilities | $ 27,600 | $ 28,980 | $ 30,429 | $ 31,950 | $ 33,548 |
| Subtotal | $ 1,919,400 | $ 2,015,370 | $ 2,116,139 | $ 2,221,946 | $ 2,333,044 |
| | | | | | |
| net income | $ 626,600 | $ 657,930 | $ 690,826 | $ 725,368 | $ 761,635 |
| | | | | | |
| Working Capital[1] | $ (130,050) | $ (136,553) | $ (143,380) | $ (150,549) | $ (158,077) |
| | | | | | |
| **Cash flow after working capital needs** | **$ 496,550** | **$ 521,378** | **$ 547,446** | **$ 574,819** | **$ 603,558** |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| **Debt Service** | | | | | |
| CCG | $ 41,028 | $ 41,028 | $ 41,028 | $ 41,028 | $ 41,028 |
| JD Finance | $ 62,722 | $ 62,722 | $ 62,722 | $ 62,722 | $ 62,722 |
| Universal | $ 72,454 | $ 72,454 | $ 72,454 | $ 72,454 | $ 72,454 |
| Lake Leasing | $ 27,000 | $ 27,000 | $ 27,000 | $ 27,000 | $ 27,000 |
| Rhinebeck Bk | $ 11,689 | $ 11,689 | $ 11,689 | $ 11,689 | $ 11,689 |
| TD Bank | $ 8,518 | $ 8,518 | $ 8,518 | $ 8,518 | $ 8,518 |
| Total Debt Service | $ (223,411) | $ (223,411) | $ (223,411) | $ (223,411) | $ (223,411) |
| | | | | | |
| Cash flow after debt service | $ 273,139 | $ 297,967 | $ 324,035 | $ 351,408 | $ 380,147 |
| | | | | | |
| **Payroll Tax** | | | | | |
| IRS secured | $ 73,396 | $ 73,396 | $ 73,396 | $ 73,396 | $ 73,396 |
| IRS priority | $ 43,734 | $ 43,734 | $ 43,734 | $ 43,734 | $ 43,734 |
| NYSDTF secured | $ 4,399 | $ 4,399 | $ 4,399 | $ 4,399 | $ 4,399 |
| NYSDOL priority | $ 24,626 | $ 24,626 | $ 24,626 | $ 24,626 | $ 24,626 |
| Priority taxes | $ 146,155 | $ 146,155 | $ 146,155 | $ 146,155 | $ 146,155 |
| | | | | | |
| Cash flow after priority payroll taxes | $ 126,984 | $ 151,812 | $ 177,880 | $ 205,253 | $ 233,992 |
| | | | | | |
| Admin. Expenses[2] | $ (100,000) | $ (50,000) | $ (52,500) | $ (55,125) | $ (57,881) |
| | | | | | |
| Net Profit (Loss): | $ 26,984 | $ 101,812 | $ 125,380 | $ 150,128 | $ 176,111 |
| | | | | | |
| Pass-through entity tax[3] | $ 8,095 | $ 30,543 | $ 37,614 | $ 45,038 | $ 52,833 |
| | | | | | |
| Projected Income Before MCA distributions | $ 18,889 | $ 71,269 | $ 87,766 | $ 105,090 | $ 123,278 |
| MCA distributions (Classes 10-12) | 8,359.54 | 58,359 | 60,000 | 70,000 | 70,000 |
| Projected Income | 10,529.46 | 12,910 | 27,766 | 35,090 | 53,278 |

Assumptions: 5% increases in revenue and expense after Year 1, except for debt service and repayment of prepetition payroll tax liability. The Year 4 projection approximates a return to the Debtor's revenue in 2018.

[1] Working capital = 5% of sales.

[2] Year 1 administrative expenses under the plan subject to approval by the Bankruptcy Court; ongoing ordinary course accounting and legal expenses thereafter in Years 2 through 5.

[3] 30% pass-through entity tax