Law Office of Michael D. Pinsky, P.C.
372 Fullerton Avenue, # 11
Newburgh, New York 12550
Tel: (845) 245-6001
Fax: (845) 684-0547
pinsky.bkr.law@gmail.com
Michael D. Pinsky, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

  Woodstock Landscaping & Excavating, LLC,

                    Debtor.

Chapter 11

Case No. 21-35565 (CGM)

---------------------------------------------------------x

## NOTICE OF HEARING ON FIRST & FINAL APPLICATION FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY KKB&N CPAs, ACCOUNTANTS FOR DEBTOR

TO:   THE CREDITORS OF THE ABOVE-NAMED DEBTORS
        AND ALL OTHER INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN** pursuant to 11 U.S.C. § 330, Fed. R. Bankr. P. 2016(a) and Local Bankruptcy Rule 2016-1 that the following application for the allowance of compensation and reimbursement of expenses has been filed and that a hearing will be held before the Hon. Cecelia G. Morris, United States Bankruptcy Court for the Southern District of New York, Poughkeepsie Division, 355 Main Street, Poughkeepsie, New York 12601 on April 12, 2022 at 9:00 a.m., or as soon thereafter as counsel can be heard. The hearing will be held by videoconference. Persons wishing to attend may contact Courtroom Deputy Vanessa Ashmeade at (845) 451-6367.

      KKB&N CPAs
      Accountant for the Debtor

| | |
|---|---:|
| Fees (8/10/21 – 2/28/22) | $ 9,591.25 |
| Disbursements | $ .00 |
| TOTAL REQUESTED IN THIS APPLICATION | $ 9,591.25 |

| TOTAL FEES PREVIOUSLY AWARDED TO APPLICANT | $ 0.00 |
|---|---|
| TOTAL DISBURSEMENTS PREVIOUSLY AWARDED TO APPLICANT | $ 0.00 |

Objections to the foregoing request may be heard at the above hearing before the allowance is determined. The fee application and supporting documents will be on file with the Clerk of the Bankruptcy Court at the U.S. Bankruptcy Court, Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601.

Pursuant to applicable Local Bankruptcy Rules, objections to the compensation requested above must be filed with the Court and served so as to be received no later than seven (7) days before the above-listed hearing date, upon KKB&N CPAs, 20 Grove Street, P.O. Box 627, Middletown, NY 10940, attn. Rachel Wieboldt, CPA, and upon Michael D. Pinsky, Esq. at the address below.

Dated: Newburgh, New York
March 16, 2022

                                              Law Office of Michael D. Pinsky, P.C.

By:    /s/ Michael D. Pinsky, Esq.
          Attorney for Debtor
          372 Fullerton Ave., # 11
          Newburgh, NY 12550
          Tel: (845) 245-6001
          Fax: (845) 684-0547
          Email pinsky.bkr.law@gmail.com