# SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP

*Attorneys and Counselors at Law*

15 Cornell Road, Latham, NY 12110
(518) 786-9069   Fax: (518) 786-1246*
*Not For Service of Any Litigation Papers
(ALL REPLIES TO LATHAM OFFICE)

April 4, 2022

Cecelia G. Morris
355 Main Street, Poughkeepsie, NY 12601-3315

  Re: In re Woodstock Landscaping & Excavating, LLC,
     Case No. 21-35565-cgm

Dear Judge Morris:

  Our Firm represents TD Bank, N.A., successor in interest to TD Auto Finance LLC, with regard to the above-referenced case. Please be advised that our client, waives the provision of 11 U.S.C. Section 362(e).

           Respectfully,
           Schiller, Knapp, Lefkowitz & Hertzel, LLP


           /s/ Kathy McCullough
           Kathy McCullough Day, Esq.

cc: Michael D. Pinsky
372 Fullerton Ave
Suite 11
Newburgh, NY 12550

Charles N Persing
55 Kinglet Drive South
Cranbury, NJ 08512

Vermont Office: PO Box 872, 5527 Main Street, Waitsfield, VT 05673 (802) 225-8351
Pennsylvania Office: 525 West Chester Pike, Suite 200, Havertown, PA 19083
New Jersey Office: 716 Newman Springs Road, Lincroft, NJ 07738 (518) 786-9069
*Richard A. Gerbino, Esq. is the responsible attorney for the law firm`s NJ office.*

Schiller, Knapp, Lefkowitz & Hertzel, LLP, is an LLP formed in the State of New York